# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142441(59)(61)

DELAINA PATTERSON, as Personal
Representative for the Estate of Sherrill Turner,
Deceased, and Robert Turner, a Minor, Individually,
by his Next Friend, DELAINA PATTERSON,
    Plaintiff-Appellee,

v

SHERRY NICHOLS, a/k/a SHARON J.
NICHOLS,
    Defendant-Appellant,
and

TERRI SUTTON,
    Defendant.

SC: 142441
COA: 296198
Wayne CC: 08-111034-NO

_____

On order of the Chief Justice, the motion by plaintiffs-appellees to strike the brief of defendants-appellants is considered and, it appearing the brief has been corrected to remove the objected-to materials, the motion is denied as moot. The motion by defendant-appellant for extension of the time for filing her brief is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2011

_____
Clerk